ACCEPTED
01-14-00767-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 4:18:36 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-767-CV

## In the First Court of Appeals
## Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 4:18:36 PM
CHRISTOPHER A. PRINE
Clerk

**Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir and Christopher McKnight, Individually and as Next Friend of Nayla McKnight,**
*Appellants-Plaintiffs*,

**v.**

**U.T. Physicians,**
*Appellee-Defendant.*

On Accelerated Appeal From Cause No. 2012-35806
In the 164th Judicial District Court of Harris County, Texas
Honorable Alexandra Smoots-Hogan, Presiding Judge

**APPELLEE'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF ON THE MERITS**

Appellee-Defendant U.T. Physicians ("U.T. Physicians") files this First Unopposed Motion for Extension of Time to File Response Brief on the Merits. In support thereof, U.T. Physicians respectfully shows this Court the following:

1. On September 12, 2014, Appellants Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir, and Christopher McKnight, Individually and as Next Friend of Nayla McKnight (collectively, "the

1

Lenoirs") filed their notice of appeal in this proceeding.

2.      On January 5, 2015, by extension of time granted by this Court, the Lenoirs filed their opening brief on the merits.

3.      U.T. Physicians' response brief on the merits is currently due on January 26, 2015.

4.      U.T. Physicians respectfully requests that this Court grant U.T. Physicians a 21-day extension of time from January 26, 2015 to February 16, 2015 to file its response brief on the merits.

5.      U.T. Physicians submits that good cause exists for such an extension based on counsel for U.T. Physicians' engagement in the following matters:

- Preparation of a letter brief on appellate jurisdiction in No. 02-14-405-CV; *Rollins v. Hart Security Ltd.*; In the Second Court of Appeals (due on January 16, 2015);

- Preparation of a motion for panel rehearing in No. 04-14-153-CV; *Gaskill v. VHS San Antonio Partners, LLC*; In the Fourth Court of Appeals (due on January 16, 2015);

- Preparation of a response to a petition for review in No. 14-0697; *Lenoir v. Matthews*; In the Supreme Court of Texas (due on January 20, 2015);

- Preparation of an opening brief on the merits in No. 14-0362; *CHRISTUS Health Gulf Coast v. Carswell*; In the Supreme Court of Texas (due on January 20, 2015); and

- Preparation of a jury charge in Cause No. 13-10-12107-DCVAJA; *Dimmit Wood Properties, Ltd. v. Chesapeake Exploration, LLC*; In the 365th Judicial District Court of Dimmit County, Texas (due on January 23, 2015).

6.     This is U.T. Physicians' first motion for extension of time to file its opening brief on the merits and is filed not for the purpose of delay but so that justice may be done.

7.     The Lenoirs do not oppose the relief requested in this motion.

**CONCLUSION**

For the reasons stated above, U.T. Physicians respectfully requests that this Court grant Appellee's First Unopposed Motion for Extension of Time to File Response Brief on the Merits.  U.T. Physicians further respectfully requests that this Court grant U.T. Physicians all other relief to which it is entitled.

Respectfully submitted,

FULBRIGHT & JAWORSKI LLP


By    /s/ Warren S. Huang
           David Iler
           State Bar No. 10386480
           david.iler@nortonrosefulbright.com
           Warren Huang
           State Bar No. 00796788
           warren.huang@nortonrosefulbright.com
           Jaqualine McMillan
           State Bar No. 24082955
           Jaqualine.mcmillan@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone:   (713) 651-5151
Facsimile:    (713) 651-5246

3

GREG ABBOTT
Attorney General of Texas

By    /s/ Jason Warner
        Jason Warner
        Assistant Attorney General
        State Bar No. 24028114
        jason.warner@texasattorneygeneral.gov
        Bridget McKinley
        Assistant Attorney General
        State Bar No. 00788023
        bridget.mckinley@texasattorneygeneral.gov
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:   (512) 463-2197
Facsimile:    (512) 463-2224

**Counsel for Appellee U.T. Physicians**


**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), the undersigned counsel – in reliance upon the word count of the computer program used to prepare this document – certifies that this motion contains 402 words, excluding the words that need not be counted under Texas Rule of Appellate Procedure 9.4(i)(1).

                     /s/ Warren S. Huang
                     Warren S. Huang

**CERTIFICATE OF CONFERENCE**

Counsel for Appellee has conferred with counsel for Appellants regarding the filing of this motion, and Appellants do not oppose the relief requested in this motion.

/s/ Warren S. Huang
Warren S. Huang

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Appellee's First Unopposed Motion for Extension of Time to File Response Brief on the Merits was served pursuant to Texas Rule of Appellate Procedure 9.5 through the electronic filing manager and/or by electronic mail on January 9, 2015, upon the following:

Mr. Joseph M. Gourrier
THE GOURRIER LAW FIRM
530 Lovett Boulevard, Suite B
Houston, Texas 77006
joseph@gourrierlaw.com
(Counsel for Appellant)

/s/ Warren S. Huang
Warren S. Huang